IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Waterford, Warren E | Case Number: 08 B 01214 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 1/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | RFC Subprime SCH/SCH | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | RFC Subprime SCH/SCH | Secured | 19,985.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 18.73 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 36.27 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 129.50 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 377.07 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 47.69 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 417.69 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 267.88 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 360.85 | 0.00 |
| 13. | Max Recovery Inc | Unsecured | 468.35 | 0.00 |
| 14. | Max Recovery Inc | Unsecured | 263.52 | 0.00 |
| 15. | Max Recovery Inc | Unsecured | 36.56 | 0.00 |
| 16. | Max Recovery Inc | Unsecured | 212.44 | 0.00 |
| 17. | Max Recovery Inc | Unsecured | 366.38 | 0.00 |
| 18. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 19. | Dutton & Dutton | Unsecured | | No Claim Filed |
| 20. | ICS | Unsecured | | No Claim Filed |
| 21. | ICS | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,987.93 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Waterford, Warren E | Case Number:  08 B 01214 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/17/08 | Filed:  1/19/08 |

### TRUSTEE FEE DETAIL

Fee Rate            Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

